1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  BLAKE P. LOEBS, State Bar #145790
   Deputy City Attorney
4  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
5  Telephone:     (415) 554-3868
   Facsimile:     (415) 554-3837
6  Email address:        blake.loebs@sfgov.org

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

9  BENJAMIN NISENBAUM, State Bar # 222173
   LAW OFFICES OF JOHN L. BURRIS
10 Airport Corporate Centre
   7677 Oakport Street, Suite 1120
11 Telephone:     (510) 839-5200
   Facsimile:     (510) 839-3882

12 Attorneys for Plaintiff
13 TERESA SHEEHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA SHEEHAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; KIMBERLY REYNOLDS, individually, and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; KATHERINE HOLDER, individually and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,<br><br>        Defendants. | Case No. C09-03889 CRB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE TO FEBRUARY 26, 2010**<br><br>Trial Date:         None set |

STIP AND ORDER CONTINUING CASE             1             n:\lit\li2009\090175\00594064.doc
MANAGEMENT ; CASE NO. C09-03889 CRB

THE PARTIES TO THE ABOVE-ENTITLED ACTION hereby stipulate to continue the Initial Case Management Conference previously set for December 4, 2009 at 8:30 a.m., to February 26, 2010.  The parties request this continuance because Counsel for Defendants, Blake Loebs, is currently defending the City and County of San Francisco in the trial of the matter entitled *Torrente v. CCSF*; San Francisco County Superior Court Case No. CGC-07-461332, which is anticipated to continue through December 4, 2009.  Additionally, the parties recently filed a Stipulation Selecting Mediation and completing the session within 90 days.  See Case Docket, Document No. 6.  As it is the Court's preference that the Case Management Conference follow the mediation, the parties request that the conference be set on February 26, 2010 or later, at the Court's convenience.

IT IS HEREBY STIPULATED BY THE PARTIES:

Dated:  November 20, 2009

DENNIS J. HERRERA
City Attorney
BLAKE P. LOEBS
Deputy City Attorney

By: s/Blake P. Loebs
BLAKE P. LOEBS
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

Dated: November ___, 2009

BENJAMIN NISENBAUM, ESQ.
JOHN BURRIS, ESQ.
Law Offices of John Burris

By:
BENJAMIN NISENBAUM
Attorney for Plaintiff
TERESA SHEEHAN

### [PROPOSED] ORDER

**GOOD CAUSE SHOWN,** the Court hereby orders that the Further Case Management Conference in the above entitled action set for December 4, 2009 is hereby continued to February 26, 2010 at 8:30 a.m.

Dated: November 23, 2009

Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED