DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
BLAKE P. LOEBS, State Bar #145790
Chief of Civil Rights Litigation
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3868
Facsimile:      (415) 554-3837
E-Mail:          blake.loebs@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA SHEEHAN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; KIMBERLY REYNOLDS, individually, and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; KATHERINE HOLDER, individually and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,<br><br>　　　　　　Defendants. | Case No. C09-03889 CRB<br><br>***AMENDED*** **JOINT ADMINISTRATIVE MOTION TO CONTINUE TRIAL DATE AND MODIFY PRE-TRIAL CONFERENCE ORDER**<br><br>*No hearing date set pursuant to Local Rule 7-11*<br><br>Trial Date:   November 29, 2010 |

## INTRODUCTION

This motion amends the administrative motion filed yesterday which contained erroneous dates for the closure of fact discovery and expert disclosure. All parties to this action are jointly requesting that the trial date of this matter be continued from November 29, 2010 to April 25, 2011 to allow for,

among other things, the paternity leave of Defendants' attorney, Blake Loebs, which will expire on February 11, 2011. The parties have previously made a motion to continue this matter to June 2011, which was denied. In denying the motion, the Court, however, informed Defendants that it would entertain a more modest request. After extensive meeting and conferring and successfully continuing the trial of another matter to allow room for this trial, the parties respectfully request that the trial of this matter be continued to April 25, 2011.

## PROCEDURAL HISTORY/REQUEST

On or about May17, 2010, all parties in this matter jointly requested that the trial date be moved from November 29, 2010 to June 2011. We made this request for a variety of reasons, which included the fact that the trial had been set to occur within six months of the initial CMC, the parties have not been able to conduct the extensive discovery necessary to prepare this case for trial and that Defendants' attorney is expecting his first child in October and will be out on paternity leave until February 11, 2010.[1] (Loeb Decl. ¶2.)

On May 2, 2010, at a CMC on a different matter, the Court informed Defendants that it was going to deny the request to continue the trial in *Sheehan* because the parties were asking for too much additional time, but that because of Defendants attorney's paternity leave it would entertain a more modest request. Shortly after the May 2, 2010 CMC, the Court formally denied the parties' request to continue the trial to June 2010. (Loebs Decl. ¶3.)

At the Court's invitation, both parties are now jointly requesting that the trial date be moved to April 25, 2011. It has been exceptionally difficult for the parties to find any time before June in which Plaintiff's counsel could try this case because of his busy trial calendar. After extensive meeting and conferring and with the cooperation of the attorney in another matter, Plaintiff's counsel recently persuade a federal judge in a different matter to move a trial that had been previously scheduled for April 25, 2011 to accommodate a continuance in this matter. (Nisenbaum Decl. ¶2; Loebs Decl. ¶4.)

---

[1] The City and County of San Francisco has a three month paternity leave policy. Mr. Loebs, however, is in the process of determining whether he will be able take a fourth month. If successful, his leave would expire February 11, 2010. (Loebs Decl. ¶2.)

1   The parties also propose the following pre-trial schedule:

2   Close of Fact Discovery:                October 8, 2010

3   Expert Disclosure:                      December 19, 2010

4   Deadline to Notice Dispositive Motion:  January 20, 2011

5   Deadline for Hearing Dispositive Motions: February 25, 2011

6   Rebuttal Expert Disclosure:             January 20, 2011

7   Close of Expert Discovery:              February 18, 2011

8   Pretrial conference:                    March 25, 2011

9   Trial:                                  April, 25, 2011

10  Dated: June 24, 2010

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
BLAKE P. LOEBS
Chief of Civil Rights Litigation


By:_____/s/ Blake P. Loebs_____
    BLAKE P. LOEBS
    Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO

Dated: June 24, 2010


LAW OFFICES OF JOHN L. BURRIS


By:_____/s/ Benjamin Nisenbaum_____
    BENJAMIN NISENBAUM
    Attorneys for Plaintiff
    TERESA SHEEHAN

Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

**[PROPOSED] ORDER**

Pursuant to the parties' joint administrative motion, the Court finds good cause to modify its Pre-Trial Conference Order.  All dates in this action previously set are hereby vacated.  The Court orders the following deadlines and trial date in this action:

| | |
|---|---|
| Close of Fact: | October 8, 2010 |
| Expert Disclosure: | December 19, 2010 |
| Deadline to Notice Dispositive Motion: | January 20, 2011 |
| Deadline for Hearing Dispositive Motions: | February 25, 2011 |
| Rebuttal Expert Disclosure: | January 20, 2011 |
| Close of Expert Discovery: | February 18, 2011 |
| Pretrial conference: | March 25, 2011 |
| Trial: | April, 25, 2011 |

**IT IS SO ORDERED.**

Dated:  June 25, 2010



THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE