IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA SHEEHAN,<br><br>　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.,<br><br>　　　Defendants.　　　　　　　　　／ | No. C 09-03889 CRB<br><br>**JUDGMENT** |

　　　Having granted summary judgment for Defendants and against Plaintiff, the Court hereby enters judgment for Defendants.

　　　**IT IS SO ORDERED.**

Dated: May 9, 2011

　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\3889\judgment.wpd