IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA SHEEHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.,<br><br>    Defendants. | No. C 09-03889 CRB<br><br>**ORDER GRANTING IN PART DEFENDANTS' MOTION FOR RECONSIDERATION** |

Now before the Court is Defendants' motion for leave to file a motion for reconsideration as to this Court's Order on Defendant's second motion for summary judgment. See Mot. (dkt. 110); Order re 2nd MSJ (dkt. 108). The Court GRANTS the motion in part and DENIES it in part. The Court's order omitted its ruling on punitive damages; the Court GRANTS summary judgment for Defendants on punitive damages. See Cal. Civ. Code § 3294; In re First Alliance Mortg. Co., 471 F.3d 977, 998 (9th Cir. 2006). The Court DENIES the motion for reconsideration as to the Bane Act claim.

**IT IS SO ORDERED.**

Dated: April 28, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\3889\order re reconsideration re 2nd MSJ.wpd