1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
3 | PETER J. KEITH, State Bar #206482
NEWTON OLDFATHER, State Bar #281227
4 | Deputy City Attorneys
1390 Market Street, 6th Floor
5 | San Francisco, California 94102-5408
Telephone:    (415) 554-3908 [Keith]
6 | Telephone:    (415) 554-4283 [Oldfather]
Facsimile:    (415) 554-3837
7 | E-Mail:       peter.keith@sfgov.org
E-Mail:       newton.oldfather@sfgov.org
8 |
Attorneys for Defendants
9 | CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, KIMBERLY REYNOLDS,
10 | and KATHRINE HOLDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA SHEEHAN, | Case No. C09-03889 CRB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING AUGUST 2, 2016 PRETRIAL CONFERENCE** |
| vs. | Trial Date:            August 22, 2016 |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; KIMBERLY REYNOLDS, individually, and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; KATHERINE HOLDER, individually and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive, | |
| Defendants.. | |

## STIPULATED REQUEST TO CONTINUE PRETRIAL CONFERENCE

The parties respectfully request that the Court reschedule the final pretrial conference in this matter from Tuesday August 2 at 2 p.m., to Thursday August 4, at a time convenient to the Court.

**STIPULATED:**

Dated:  July 7, 2016

> DENNIS J. HERRERA
> City Attorney
> CHERYL ADAMS
> Chief Trial Deputy
> PETER J. KEITH
> NEWTON OLDFATHER
> Deputy City Attorneys
>
> By: */s/  Peter J. Keith*
>      PETER J. KEITH
>
> Attorneys for Defendants
> CITY AND COUNTY OF SAN FRANCISCO,
> HEATHER FONG, KIMBERLY REYNOLDS, and
> KATHRINE HOLDER

Dated:  July 7, 2016

> LAW OFFICES OF JOHN BURRIS
>
> By: */s/  Benjamin Nisenbaum*
>      BENJAMIN NISENBAUM, ESQ.
>
> Attorneys for Defendants
> CITY AND COUNTY OF SAN FRANCISCO,
> HEATHER FONG, KIMBERLY REYNOLDS, and
> KATHRINE HOLDER

## DECLARATION OF GOOD CAUSE

I, Peter J. Keith declare as follows:

1. I am a Deputy City Attorney in the Office of the San Francisco City Attorney, counsel of record to Defendants.  I am lead trial counsel for Defendants and the only attorney in this office familiar with all of the legal and factual issues that have arisen in the eight-year history of this case.

2. Yesterday, on the Court's own motion, the Court reset the pretrial conference in this matter from Monday August 8, 2016 to Tuesday August 2, 2016, at 2 p.m.  Dkt. No. 114.  Under the Court's pretrial order, pretrial submissions are due one week before the pretrial conference.

Accordingly, the parties' pretrial submissions are no longer due on Monday August 1; pretrial submissions are now due on Tuesday July 26.

3. **Statement of good cause.** I have a pre-paid family vacation scheduled for July 16-24, 2016. My children are school age and this is the only family vacation that we are able to take this summer. If joint pretrial submissions must be filed by Tuesday July 26, then I will likely have to cancel this family vacation in order to have enough time to meet and confer and finalize the parties' pretrial submissions. However, if the parties have until Thursday July 28 to make pre-trial submissions, then that will allow the parties sufficient time to complete pre-trial submissions, without my needing to cancel this family vacation.

4. If it is necessary to finalize the jury questionnaire on August 2, I can appear both on August 2, and then again on August 4 (or on the original date of August 8), for the remainder of the pretrial conference.

5. The requested continuance is not expected to affect any other deadline related to the case, including the jury selection date of August 15 and the trial date of August 22.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed July 7, 2016 at San Francisco, California.

        */s/ Peter J. Keith*
        PETER J. KEITH

**ORDER**

PURSUANT TO STIPULATION, the pretrial conference set for August 2, 2016, at 2 p.m. [Dkt. No. 114] is continued to August 4, 2016, at 2:00 p.m..

IT IS SO ORDERED.

Dated: July 8, 2016

THE HONORABLE CHARLES R. BREYER
UNITED STATES SENIOR DISTRICT JUDGE