JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200 Facsimile:  (510) 839-3882
Email: john.burris@johnburrislaw.com

Attorneys for Plaintiff
TERESA SHEEHAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA SHEEHAN,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. C 09-03889 CRB<br><br>**ORDER REQUIRING FRANCES SHEEHAN TO PERSONALLY APPEAR AT MEDIATION**<br><br>Honorable Charles R. Breyer |

## ORDER

WHEREAS, the trial of this action is scheduled for August 22, 2016, and Frances Sheehan is Plaintiff TERESA SHEEHAN's attorney-in-fact under the terms of a general power of attorney executed by Plaintiff TERESA SHEEHAN and her sister, Frances Sheehan; and the parties have attempted to schedule mediation prior to trial with the Hon. William Cahill.

The Court hereby ORDERS Frances Sheehan to personally appear at and fully participate in mediation of this matter as Plaintiff's attorney-in-fact as scheduled by the parties.

IT IS SO ORDERED.

Dated:  July 22, 2016

_____
Hon. Charles R. Breyer
UNITED STATES DISTRICT JUDGE