JOHN L. BURRIS, ESQ.  SBN 96888
BENJAMIN NISENBAUM, SBN 222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Telephone:   (510) 839-5200
Facsimile:    (510) 839-3882

Attorneys for Plaintiff
TERESA SHEEHAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA SHEEHAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. C09-03889 CRB<br><br>**PLAINTIFF'S PROPOSED VERDICT FORM**<br><br>Time: 2:30 p.m.<br>Date: August 4, 2016<br>Courtroom 8, 19th Floor<br>Trial Date: August 22, 2016<br><br>Honorable Charles R. Breyer |

PLAINTIFF hereby submits the following proposed form of verdict for trial in the above-entitled action:

## **LIABILITY**

1. Do you find by a preponderance of the evidence that Defendant KIMBERLY REYNOLDS violated Plaintiff TERESA SHEEHAN'S rights under the Americans with Disabilities Act?

    YES_____     NO_____

2. Do you find by a preponderance of the evidence that Defendant KATHERINE HOLDER violated Plaintiff TERESA SHEEHAN'S rights under the Americans with Disabilities Act?

    YES_____     NO_____

PLAINTIFF'S PROPOSED VERDICT FORM
CASE NO. C09-03889 CRB

1

3. Do you find by a preponderance of the evidence that Defendant KIMBERLY REYNOLDS interfered or attempted to interfere by threat, intimidation or coercion with the exercise or enjoyment by Plaintiff TERESA SHEEHAN of rights secured by the Constitution, the laws of the United States, or laws of California, causing harm to Plaintiff TERESA SHEEHAN?

   YES_____  NO_____

3a. If you answered "YES", please mark each right that was violated by Defendant REYNOLDS:

Americans with Disabilities Act:_____

Fourth Amendment-Unreasonable Force:_____

4. Do you find by a preponderance of the evidence that Defendant KATHERINE HOLDER interfered or attempted to interfere by threat, intimidation or coercion with the exercise or enjoyment by Plaintiff TERESA SHEEHAN of rights secured by the Constitution, the laws of the United States, or laws of California, causing harm to Plaintiff TERESA SHEEHAN?

   YES_____  NO_____

4a. If you answered "YES", please mark each right that was violated by Defendant REYNOLDS:

Americans with Disabilities Act:_____

Fourth Amendment-Unreasonable Force:_____

If you answered "YES" to any of the foregoing questions, please set forth the amount of Plaintiff TERESA SHEEHAN's damages:

   $_____

PLEASE SIGN, DATE, AND RETURN THIS VERDICT.

Dated:_____                    _____
                                           JURY FOREPERSON

Respectfully submitted,

Dated: July 28, 2016

**THE LAW OFFICES OF JOHN L. BURRIS**

/s/ Benjamin Nisenbaum
Benjamin Nisenbaum
Attorney for Plaintiff, TERESA SHEEHAN