JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200     Facsimile:  (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA SHEEHAN,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; KIMBERLY REYNOLDS , individually, and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; KATHERINE HOLDER, individually and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,<br><br>    Defendants.<br>                                        / | Case No.  C 09 03889 CRB<br><br>**NOTICE OF MOTION AND MOTION TO APPOINT GUARDIAN AD LITEM AND APPROVE SETTLEMENT**<br><br>Time:  10:00 a.m.<br>Date:  October 14, 2016<br>Courtroom 6, 17th Floor<br><br>Hon. Charles R. Breyer |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on October 14, 2016, at 10:00 a.m. in the above-noted Courtroom, Plaintiff TERESA SHEEHAN, by and through counsel, shall move the Court for an Order appointing Herb Thomas, CLPF, as Guardian Ad Litem for Plaintiff TERESA SHEEHAN in the instant-matter, and to approve the settlement reached in the instant-matter. This motion is made under FRCP 17(c)(1), that Plaintiff TERESA SHEEHAN is an incompetent person under FRCP 17(c)(1), and the settlement is in her best interest, as set forth in further detail in

the Petition Appointing Guardian Ad Litem and Approving Settlement and Order; and Declaration of Benjamin Nisenbaum in Support of Petition Appointing Guardian Ad Litem and Approving Settlement and Order filed with Plaintiff Teresa Sheehan's Administrative Motion to File Under Seal. Further, no one has previously been appointed to represent Ms. Sheehan in the instant action.

          Respectfully submitted,

          **LAW OFFICES OF JOHN L. BURRIS**

Dated:  September 23, 2016        /s/ Benjamin Nisenbaum
          Benjamin Nisenbaum
          Attorney for Plaintiff