**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERESA SHEEHAN,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, ET AL.,

    Defendants.

No. C 09-03889 CRB

**ORDER DIRECTING FILING**

    Plaintiff is hereby DIRECTED to file, under seal, (1) the retainer agreement in this case and (2) an itemized list of costs.

    **IT IS SO ORDERED.**

Dated: October 4, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\3889\Sheehan order directing filing.wpd