JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200 Facsimile: (510) 839-3882

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA SHEEHAN,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; KIMBERLY REYNOLDS , individually, and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; KATHERINE HOLDER, individually and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,<br><br>    Defendants.<br>                                                    / | Case No.  C 09 03889 CRB<br><br>**ORDER APPOINTING GUARDIAN AD LITEM AND APPROVING SETTLEMENT**<br><br>Time:  10:00 a.m.<br>Date:  October 14, 2016<br>Courtroom 6, 17th Floor<br><br>Hon. Charles R. Breyer<br><br>**PUBLIC VERSION- REDACTED** |

**ORDER APPOINTING GUARDIAN AD LITEM AND APPROVING SETTLEMENT**

This matter came on for hearing at 11:00 a.m. on October 14, 2016, in the above-entitled Court. For the reasons set forth at the hearing, the Court finds hereby orders as follows:

1. Frances Sheehan, Plaintiff Teresa Sheehan's sister and her attorney-in-fact in this action pursuant to a general power of attorney, is hereby appointed as the guardian ad litem of Plaintiff Teresa Sheehan in this action.

2. The Court hereby approves the settlement accepted by Frances Sheehan as Guardian Ad Litem for Plaintiff in this action.

3. The settlement accepted by Plaintiff's guardian ad litem, Frances Sheehan, and approved by the Court is as follows:

<u>Monetary</u>: Payment of $1 million all inclusive of attorneys' fees and costs to be paid by Philadelphia Insurance Co. in exchange for a full release and dismissal; and

<u>Non-monetary</u>: After execution of a full release and the court's dismissal of the action, [RE-DACTED***************************************************************************************************************************************************************************************************************************************************************************************************************************************************************************************************************************************************************************************************************************************************].

In addition, as set forth on the record at the hearing of this matter, Defendant CITY AND COUNTY OF SAN FRANCISCO hereby waives any right to recover any and all costs incurred by Plaintiff relating to medical care, housing, or jail-related costs arising out of the subject-incident, from the date of the subject-incident on August 7, 2008 up to the present, October 14, 2016.

Judge Cahill shall have jurisdiction to mediate any disputes about compliance with this settlement.

4. The settlement shall be paid as follows:

a. Attorney fees for Ms. Sheehan shall be 45% of $922,264.93: her monetary recovery after litigation costs in the amount of $77,735.07, are deducted from the monetary settlement of $1,000,000.00. Attorney fees for Ms. Sheehan are in the amount of $415,019.22.

The fees and costs include all attorney's fees and costs incurred by Plaintiff's instant counsel, the Law Offices of John L. Burris, and counsel retained by Plaintiff specially for U.S. Supreme Court proceedings: Leonard Feldman, Esq., formerly of Stoel-Rivas, currently with Peterson, Wampold, Rosato, Luna, Knopp. Plaintiff's guardian ad litem, Frances Sheehan and her counsel, Brunetti Rougeau LLP, shall not recover any fees or costs incurred on Frances Sheehan's behalf in this action.

b. Plaintiff's counsel shall recover litigation costs advanced in prosecuting this action in the total amount of $77,735.07, as set forth below:

1. Law Offices of John L. Burris:  $64,807.88
2. Stoel-Rivas:  $8,576.74
3. Peterson Wampold:  $4,350.45

c. Ms. Sheehan's net recovery is in the amount of $507,245.71.

d. From Ms. Sheehan's net settlement, $250,000.00 shall be placed in one of the structured settlement to be selected by Plaintiff's Guardan Ad Litem, Frances Sheehan. The settlement shall be disbursed according to the terms of a structured settlement proposal to be selected by Plaintiff's guardian ad litem, Frances Sheehan, subject to annuity rates at the time of purchase. A special-needs trust shall be created for Plaintiff at the direction of Plaintiff's guardian ad litem, Frances Sheehan. The remainder of Ms. Sheehan's recovery, $257,245.71, shall be placed in the special needs trust, and all payments from the structured settlement shall be paid into the special needs trust.

**IT IS SO ORDERED**.

Dated: 10/19/2016

Hon. Charles R. Breyer
UNITED STATES DISTRICT JUDGE

ORDER APPOINTING GUARDIAN AD LITEM AND APPROVING SETTLEMENT   3