JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA SHEEHAN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; KIMBERLY REYNOLDS , individually, and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; KATHERINE HOLDER, individually and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,<br><br>Defendants. | Case No. 3:09-cv-03889-CRB<br><br><br>**NOTICE OF DISMISSAL AND ORDER** |

PURSUANT TO THE EXECUTION of the monetary component of the settlement agreement

reached between the parties to the above-entitled action, subject to the terms of the settlement

agreement approved by this Court as reflected in Doc. Nos. 160 ("Order Appointing Guardian Ad

Litem and Approving Settlement") and 161 ("Document (Order) E-Filed Under Seal), Plaintiff

hereby dismisses the instant-action with prejudice.

Respectfully submitted,

Dated:  August 15, 2017                     **THE LAW OFFICES OF JOHN L. BURRIS**

/s/ *Benjamin Nisenbaum*
Benjamin Nisenbaum
Attorney for Plaintiff

# ORDER

Subject to the terms of the settlement agreement approved by the Court, the above-noted

matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: August 16, 2017

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE